FILED '09 AUG 4 14:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARKEMA INC., et al., | ) | |
| | ) | Civil No. 09-453-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| A&C FOUNDRY PRODUCTS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiffs' Motion for Voluntary Dismissal as to Defendant Brazil Motors & Controls Inc. [59-1] is GRANTED and Defendant Brazil Motors & Controls Inc. is DISMISSED without prejudice and without the assessment of fees and costs in this action against any party.

Dated this 2nd day of August, 2009.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge