FILED'09 SEP 1 13:42USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARKEMA INC., et al., | ) | |
| | ) | Civil No. 09-453-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| A&C FOUNDRY PRODUCTS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiffs' Motion for Voluntary Dismissal as to Defendant A&C Foundry Products Inc. [97-1] is GRANTED and Defendant A&C Foundry Products Inc. is DISMISSED without prejudice and without the assessment of fees and costs in this action against any party.

Dated this ___1___ day of ~~August~~ Sep, 2009.

by _____
Michael W. Mosman
United States District Judge