FILED'09 SEP 23 12:07USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARKEMA INC., et al., | ) | |
| | ) | Civil No. 09-453-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| A&C FOUNDRY PRODUCTS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiffs' Motion for Voluntary Dismissal as to Defendant Waterman Steamship Corporation [158-1] is GRANTED and Defendant Waterman Steamship Corporation is DISMISSED without prejudice and without the assessment of fees and costs in this action against any party.

Dated this 23 day of September, 2009.

by _____
Michael W. Mosman
United States District Judge