FILED'09 SEP 23 12:08USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARKEMA INC., et al., | ) | |
| | ) | Civil No. 09-453-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| A&C FOUNDRY PRODUCTS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiffs' Motion for Voluntary Dismissal as to Defendant Alaska Tanker Company LLC [155-1] is GRANTED and Defendant Alaska Tanker Company LLC is DISMISSED without prejudice and without the assessment of fees and costs in this action against any party.

Dated this 23 day of September, 2009.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge