FILED'09 OCT 14 11:47usdc-orp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARKEMA INC., et al., | ) | |
| | ) | Civil No. 09-453-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| A&C FOUNDRY PRODUCTS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiffs' Joint Motion for Voluntary Dismissal [208-1] of all claims and counter-claims as to Defendant Red-Samm Mining is GRANTED and Defendant Red-Samm Mining is DISMISSED without prejudice and without the assessment of fees and costs in this action against any party.

Dated this 14 day of ~~September~~ Oct, 2009.

by _____
Michael W. Mosman
United States District Judge