Donald J. Verfurth, OSB No. 066480
dverfurth@gordonrees.com
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Attorneys for Defendant Marine Vacuum Service, Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| ARKEMA INC., a Pennsylvania corporation, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>A & C FOUNDRY PRODUCTS, INC., an Oregon corporation, et al.,<br><br>                    Defendants. | **3:09-CV-453-PK**<br><br>**MARINE VACUUM SERVICES, INC.'S OBJECTION TO PROPOSED ORDER OF STAY** |

Defendant Marine Vacuum Services, Inc. (hereinafter "MVSI") hereby submits this Objection to Proposed Order of Stay [Docket No. 277].

During oral argument on Plaintiffs' motion for stay the Court indicated that it would likely require plaintiffs to turn over to defendants in the instant case any information or documents gathered by the Alternative Dispute Resolution (ADR) Group which establish that a defendant in the instant litigation contributed to or did not contribute to the contamination of the Willamette River.

MARINE VACUUM SERVICES, INC.'S OBJECTION TO PROPOSED ORDER OF STAY – PAGE 1 of 3

**Gordon & Rees** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

MVSI objects to the Proposed Order of Stay to the extent that it does not reflect the Court's intention to require plaintiffs to provide such information gathered by the ADR Group during the course of the ADR process.[1]

DATED this 30th day of December, 2009.

GORDON & REES LLP

By: /s/ *Donald J. Verfurth*
Donald J. Verfurth, OSB No. 066480
Attorneys For: Defendant Marine Vacuum Service, Inc.

---

[1] MVSI ordered a copy of the transcript of the Courts ruling on Plaintiffs' motion to stay on the day of the hearing. However, MVSI has not yet received the transcript to date. To the extent the Court deems it necessary to review the transcript of its ruling prior to making a determination on the instant objection filed by MVSI we request that the Court do so.

MARINE VACUUM SERVICES, INC.'S OBJECTION TO PROPOSED ORDER OF STAY – PAGE 2 of 3

**Gordon & Rees** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2009, I served a copy of the foregoing via the CM/ECF filing system to all parties on record.

                          */s/ Donald J. Verfurth*
                          Donald J. Verfurth
                          Gordon & Rees LLP
                          701 Fifth Avenue, Suite 2100
                          Seattle, WA  98104
                          Phone:  (206) 695-5100
                          Facsimile: (206) 689-2822
                          dverfurth@gordonrees.com

MARINE VACUUM SERVICES, INC.'S OBJECTION TO PROPOSED ORDER OF STAY – PAGE 3 of 3

**Gordon & Rees** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

MVSI/1057774/7373860v.1